UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEP WATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO.: 2179 SECTION "J" |
| THIS DOCUMENT RELATES TO: *Adams v. State of LA*, Case No. 11-CV-1051 | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### O R D E R

Considering the foregoing Joint Restricted Motion to Dismiss Without Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims and/or causes of action alleged by plaintiffs in the matter entitled *Adams v. State of Louisiana, et al* (USDC/EDLA Case No. 11-CV-1051) as against Penetone Corporation, be and same are hereby DISMISSED, without prejudice, with each party to bear its own costs; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims and/or causes of action alleged against any person and/or entity not specifically dismissed herein, be and same are reserved onto plaintiffs, *Adams v. State of Louisiana, et al* (USDC/EDLA Case No. 11-CV-1051).

New Orleans, Louisiana this 26th day of August, 2013.

_____
United States District Judge